UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID BALDWIN,

      Plaintiff,

v.

ANTHONY FOXX, SECRETARY OF THE U.S.
DEPARTMENT OF TRANSPORTATION, ET AL.,

      Defendants.

Case No. 1:15–cv–23825 (KMW)

**DEFENDANTS' AGREED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Defendants Anthony Foxx, Secretary of the U.S. Department of Transportation, and Michael P. Huerta, in his official capacity as Administrator of the Federal Aviation Administration ("FAA," collectively, "Defendants"), hereby move, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a), for a thirty-day enlargement of time to respond to the Complaint [D.E. 1]. Plaintiff consents to the requested enlargement.

This is Defendants' first request for an enlargement of time. Defendants state that this motion is supported by good cause as follows:

1.    Plaintiff filed his Complaint on October 13, 2015, and perfected service on October 30, 2015. Defendants' response to the Complaint is presently due December 29, 2015. With the requested thirty-day enlargement, Defendants' response would be due January 28, 2016.

2.    Undersigned counsel has conferred with attorneys in the FAA's Office of the Chief Counsel and worked diligently to analyze the allegations of the Complaint, research the relevant authorities, and develop Defendants' arguments in response to Plaintiff's allegations. In light of the current workload of the undersigned counsel, the press of business at the FAA and

Department of Justice, as well as the intervening holidays, Defendants seek an enlargement of thirty days of time to file a response to the Complaint.

     3.     The requested enlargement should not impede a speedy resolution of this matter. If the request is granted, Defendants will file their dispositive motion on or before January 28, 2016.

### Certification of Compliance with Local Rule 7.1

In accordance with Civil Local Rule 7.1(a)(3), undersigned counsel hereby certifies that she conferred with counsel for the Plaintiff by phone around 4:30 p.m. on December 16, 2015, and that counsel for Plaintiff stated that Plaintiff does not oppose the requested enlargement of thirty days to respond to the Complaint.

WHEREFORE, for the foregoing reasons, Defendants move that the response to the Complaint be due on January 28, 2016.

Dated: December 19, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Assistant Branch Director,
Federal Programs Branch

*/s/ Deepthy Kishore*
DEEPTHY KISHORE
Trial Attorney (IL Bar No. 6306338)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616–4448 | Fax: (202) 616–8470
deepthy.c.kishore@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C.  20001

*Counsel for Defendants*

## Certification of Service

I hereby certify that on December 19, 2015, I electronically filed the foregoing **Defendants' Agreed Motion for Enlargement of Time to Respond to Complaint** with the Clerk of the Court using the CM/ECF system, which will send notice of this filing to all parties, including:

> Lowell J. Kuvin, Esq.
> Fla. Bar No.: 53072
> lowell@kuvinlaw.com
> Law Office of Lowell J. Kuvin
> 17 East Flagler St. Suite 223
> Miami, Florida  33131

*/s/ Deepthy Kishore*
DEEPTHY KISHORE
