UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-23825-WILLIAMS

DAVID BALDWIN,

    Plaintiff,

vs.

ANTHONY FOXX, Secretary,
Department of Transportation; and
MICHAEL P. HUERTA, Administrator,
Federal Aviation Administration;

    Defendants.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court upon Plaintiff's filing his acceptance of Defendants' offer of judgment filed pursuant to Federal Rule of Civil Procedure 68(a). (DE 32). Upon review of the notice, proof of service, and the record, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, David Baldwin, and against Defendants, Anthony Foxx, Secretary, Department of Transportation, and Michael P. Huerta, Administrator, Federal Aviation Administration, on Plaintiff's claims of sex discrimination (sexual orientation discrimination) in violation of Title VII (Count I), hostile work environment in violation of Title VII (Count II), and retaliation in violation of Title VII (Count III) contained in Plaintiff's First Amended Complaint. (DE 17). Pursuant to the terms of Defendants' Rule 68(a) offer of judgment, Defendants shall pay Plaintiff **$10,001.00** on these claims. (DE 32).

2. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19th day of December, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE